UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : NO. 3:05CR281(EBB) |
| ANTHONY STONE | : |

### AMENDED RULING ON DEFENDANT'S MOTION TO SUPPRESS

The court's ruling of September 18, 2007, [Doc. No. 92] is amended to correct an inadvertent omission as follows:

### CONCLUSION

For the foregoing reasons, Defendant's Motions to Suppress [Docs. No. 16 and 30] are DENIED.

SO ORDERED.

    /s/ Ellen Bree Burns, SUSDJ
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this  8th  day of October, 2008.